**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Pamela Easthagen, Respondent,

v.

Palmetto Ambulance Service, Appellant,

Appellate Case No. 2011-183926

---

Appeal From Greenville County
Robin B. Stilwell, Circuit Court Judge

---

Memorandum Opinion No. 2012-UP-556
Heard September 12, 2012 – Filed October 17, 2012

---

**APPEAL DISMISSED**

---

Darryl D. Smalls, of Columbia, for Appellant.

Larry A. Welborn, Standeffer & Harbin, LLP, of Anderson, C. Roland Jones, Jones & Hendrix, PA, of Spartanburg, Peter H. Dworjanyn, Collins & Lacy, PC, of Columbia, for Respondent.

---

**PER CURIAM:** Palmetto Ambulance Services appeals the circuit court's decision to affirm the Workers' Compensation Commission's appellate panel, which found Easthagen did not settle her workers' compensation claim pursuant to a settlement

agreement and remanded the case to a single commissioner for a hearing on the merits.  We find that neither the appellate panel's order nor the circuit court's order is immediately appealable.  *See* S.C. Code Ann. § 1-23-380 (Supp. 2011) ("A party . . . who is aggrieved by a final decision [of the commission] in a contested case is entitled to judicial review."); S.C. Code Ann. § 1-23-390 (Supp. 2011) ("An aggrieved party may obtain a review of a final judgment of the circuit court . . . .").  Therefore, we dismiss the appeal and remand to the commission to carry out the appellate panel's order.

**APPEAL DISMISSED.**

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**